FILED
RICHARD W. NAGEL
CLERK OF COURT

2016 DEC 15 AM 10:53

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA

vs. : No. 2:16-CR-224
18 U.S.C. § 2113(a),(d)&(e)
JUDGE GRAHAM

IKECHI EMEAGHARA

S U P E R S E D I N G
I N D I C T M E N T

THE GRAND JURY CHARGES:

### COUNT 1

On or about October 31, 2013, in the Southern District of Ohio, the defendant, **IKECHI EMEAGHARA**, by force and violence and by intimidation, did take from the person and presence of one or more bank employees, approximately $5,055.00 in United States currency belonging to and in the care, custody, control, management and possession of Wesbanco Bank, 116 South Stygler Road, Gahanna, Ohio, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and the defendant, **IKECHI EMEAGHARA**, in committing that offense, did put in jeopardy the lives of employees and customers of said bank by means and use of a dangerous weapon.

In violation of 18 U.S.C. §§ 2113(a) and (d).

### COUNT 2

On or about November 30, 2013, in the Southern District of Ohio, the defendant, **IKECHI EMEAGHARA,** by force and violence and by intimidation, did take from the person and presence of one or more bank employees, approximately $14,615.00 in United States currency belonging to and in the care, custody, control, management and possession of Cooper State Bank, 1669 West 5th Avenue, Columbus, Ohio, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and the defendant, **IKECHI EMEAGHARA,** in committing that offense, did put in jeopardy the lives of employees and customers of said bank by means and use of a dangerous weapon.

In violation of 18 U.S.C. §§ 2113(a) and (d).

### COUNT 3

On or about December 6, 2013, in the Southern District of Ohio, the defendant, **IKECHI EMEAGHARA,** by force and violence and by intimidation, did take from the person and presence of one or more bank employees, approximately $8,710.00 in United States currency belonging to and in the care, custody, control, management and possession of Wesbanco Bank, 116 South Stygler Road, Gahanna, Ohio, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and the defendant,

**IKECHI EMEAGHARA**, in committing that offense, did put in jeopardy the lives of employees and customers of said bank by means and use of a dangerous weapon.

In violation of 18 U.S.C. §§ 2113(a) and (d).

## COUNT 4

On or about July 9, 2014, in the Southern District of Ohio, the defendant, **IKECHI EMEAGHARA**, by force and violence and by intimidation, did take from the person and presence of one or more bank employees, approximately $45,192.00 in United States currency belonging to and in the care, custody, control, management and possession of Smart Federal Credit Union, 3454 North High Street, Columbus, Ohio, the deposits of which were then insured by the National Credit Union Administration, and the defendant, **IKECHI EMEAGHARA**, in committing that offense, did put in jeopardy the lives of employees and customers of said bank by means and use of a dangerous weapon; and further, in committing such offense, the defendant did force one or more persons to accompany the defendant without the consent of such persons.

In violation of 18 U.S.C. §§ 2113(a), (d) and (e).

3

## COUNT 5

On or about January 12, 2015, in the Southern District of Ohio, the defendant, **IKECHI EMEAGHARA**, by force and violence and by intimidation, did take from the person and presence of one or more bank employees, approximately $327.00 in United States currency belonging to and in the care, custody, control, management and possession of Cooper State Bank, 5811 Sawmill Road, Columbus, Ohio, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and the defendant, **IKECHI EMEAGHARA**, in committing that offense, did put in jeopardy the lives of employees and customers of said bank by means and use of a dangerous weapon; and further, in committing such offense, the defendant did force one or more persons to accompany the defendant without the consent of such persons.

In violation of 18 U.S.C. §§ 2113(a), (d) and (e).

## COUNT 6

On or about April 26, 2015, in the Southern District of Ohio, the defendant, **IKECHI EMEAGHARA**, by force and violence and by intimidation, did take from the person and presence of one or more bank employees, approximately $57,500.00 in United States currency belonging to and in the care, custody, control, management and possession of Cooper State Bank, 5811 Sawmill

4


Road, Columbus, Ohio, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and the defendant, **IKECHI EMEAGHARA,** in committing that offense, did put in jeopardy the lives of employees and customers of said bank by means and use of a dangerous weapon; and further, in committing such offense, the defendant did force one or more persons to accompany the defendant without the consent of such persons.

In violation of 18 U.S.C. §§ 2113(a), (d) and (e).

### COUNT 7

On or about March 17, 2016, in the Southern District of Ohio, the defendant, **IKECHI EMEAGHARA,** by force and violence and by intimidation, did take from the person and presence of one or more bank employees, approximately $70,000.00 in United States currency belonging to and in the care, custody, control, management and possession of First Merit Bank, 1156 East Powell Road, Powell, Ohio, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and the defendant, **IKECHI EMEAGHARA,** in committing that offense, did put in jeopardy the lives of employees and customers of said bank by means and use of a dangerous weapon.

In violation of 18 U.S.C. §§ 2113(a) and (d).

## COUNT 8

On or about October 21, 2016, in the Southern District of Ohio, the defendant, **IKECHI W. EMEAGHARA**, by force and violence and by intimidation, did take from the person and presence of one or more bank employees, approximately $57,961.84 in United States currency belonging to and in the care, custody, control, management and possession of Key Bank, 5775 Frantz Road, Columbus, Ohio, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and the defendant, **IKECHI W. EMEAGHARA**, in committing that offense, did put in jeopardy the lives of employees and customers of said bank by means and use of a dangerous weapon.

In violation of 18 U.S.C. §§ 2113(a) and (d).

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 through 8 of this Superseding Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

Upon conviction of any violation of 18 U.S.C. § 2113, the defendant, **IKECHI W. EMEAGHARA**, shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C.

§ 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violations alleged in the Superseding Information, including but not limited to the following:

A 2007 Chevrolet Tahoe, VIN 1GNFK13047R115249, Registered in the name of Chizo Emeaghara.

Forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) and Rule 32.2 of the Federal Rules of Criminal Procedure.

A True Bill.

s/Foreperson
Foreperson

BENJAMIN C. GLASSMAN
United States Attorney

GARY L. SPARTIS
Columbus Branch Chief
Assistant U.S. Attorney